UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| Len W. Hill, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Equifax Information Services, LLC, )<br>)<br>Defendant. ) | Case No. 2:14-cv-02502-CM-TJJ |

**STIPULATION OF DISMISSAL WITH PREJUDICE FOR
DEFENDANT EQUIFAX INFORMATION SERVICES**

COME NOW Plaintiff Len W Hill and Defendant Equifax Information Services, by and through their repsective counsel, and stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff's claims in the above-entitled proceeding be and hereby are dismissed with prejudice, each party to bear its own costs, expenses and attorney fees.

Respectfully submitted,

By : /s/ Ryan D.Knipp_____
Ryan D. Knipp #58782
12760 W 87th St Pkwy, Suite 108
Lenexa, KS 66215
Phone: (913) 495-9998
Fax: (888) 720-1985
rknipp@pattonknipp.com
Attorney for Plaintiff

1

By : /s/ Guillermo G. Zorogastua
Guillermo G. Zorogastua #59643
900 W 48th Place, Ste 900
Kansas City, MO 64112
Phone: (816) 753-1000
Fax: (816) 753-1536
gzorogastua@polsinelli.com
Attorney for Defendant

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a true copy of the foregoing was filed electronically with the Clerk of the Court to be served via operation of the Court's electronic filing system this 13th day of May, 2015, to all counsel of record:

/s/ Ryan D. Knipp